UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61620-CIV-DIMITROULEAS

GEICO GENERAL
INSURANCE COMPANY,

    Plaintiff,

vs.

NOREEN HAMPEL,

    Defendant.
_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon Defendant's Motion for Attorneys' Fees [DE 13], filed herein on November 21, 2011, and the Report and Recommendation of Magistrate Judge Lurana S. Snow, dated January 6, 2012. [DE 17].  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises.  The Court agrees with the Magistrate Judge's recommendation that the Motion should be **DENIED**, and that the Court should also decline to award attorney's fees to the Plaintiff for the defense of the instant motion.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Magistrate Judge's Report [DE 17] is hereby **ADOPTED** and **APPROVED**;

  2.  Defendant's Motion for Attorneys' Fees [DE 13] is hereby **DENIED**;

  3.  Plaintiff's request for attorney's fees for the defense of the instant motion is also **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of January, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record